ACCEPTED
12-15-00137-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/30/2015 11:39:26 AM
Pam Estes
CLERK

# IN THE COURT OF APPEALS
## TWELFTH SUPREME JUDICIAL DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/30/2015 11:39:26 AM

PAM ESTES
Clerk

| | | |
|---|---|---|
| MICHAEL VINCENT MOORE | § | |
| | § | |
| VS. | § | NOS. 12-15-00137-CR |
| | § | |
| THE STATE OF TEXAS | § | |

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Assistant

Criminal District Attorney, moves the Court for an extension of time in which to

file the State's brief. As grounds therefore, the State shows the Court the following:

1.    The trial court:  294th Judicial District Court

2.    The number and style of the case in the trial court:  Cause No. CR13-00337;
       The State of Texas vs. Michael Vincent Moore;

3.    The offense for which the appellant was convicted: Capital Murder

4.    The punishment assessed: Life without parole tdcj-id;

5.    The present deadline for filing the State's brief:  November 30, 2015

6.    The length of time requested for an extension:  30 days

7.    The number of extensions previously granted:  1

8.    The facts relied upon to show good cause for the requested extension is set
       forth in the attached affidavit.

Respectfully submitted,

_____
ANDREW HUGHEY

Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24086256
ATTORNEY FOR THE STATE

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared ANDREW HUGHEY, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause. The State's request for an extension of time is based upon the following facts: I am one of five prosecutors, including the elected District Attorney, in the Van Zandt Criminal District Attorney's Office. This office is without designated appellate attorneys. Therefore, I asked First Assistant Richard Schmidt to assist in the preparation of this appeal knowing that our office has recently been short staffed and any assistance would be appreciated and necessary to timely complete our various responsibilities. I have been unable to complete this appeal due to said office staffing issues and the recent holiday break. For this reason I respectfully request a second extension to submit the State's brief."

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the
30th day of November, 2015 .



_____
Notary Public in and for
The State of Texas

My Commission Expires: 5-17-18

## CERTIFICATE OF SERVICE

I, Richard A. Schmidt, do hereby certify that a true and correct copy of the

foregoing instrument was served on Appellant's Attorney of Record, John Scott, on

the 30th Day of November, 2015.

_____
ANDREW HUGHEY